Prob12C
(7/93)

# United States District Court
## for the District of Massachusetts
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Christopher Cruz                     **Case Number:** 2:02-CR-103-02
                                                           D/MA: CR-03-30045

**Name of Sentencing Judicial Officer:** Honorable William K. Sessions III, Chief U.S. District Court Judge D/VT.
10/28/03, Jurisdiction was transferred to The Honorable Michael A. Ponsor, U.S. District Court Judge, D/MA.

**Date of Original Sentence:** June 16, 2003

**Original Offense:** Possession with Intent to Distribute Heroin

**Original Sentence:** Time Served followed by 3 Years Supervised Release,
<u>Special Conditions</u>: The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** June 16, 2003

**Asst. U.S. Attorney:** John-Claude Charbonneau      **Defense Attorney:** Thomas A Zonay

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

1        **The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.**

         On 8/6/03, 9/12/03, and 9/17/03, he failed to report to the Probation Office for the random urinalysis color code program. On 9/29/03, Mr. Cruz was terminated from outpatient substance abuse counseling at Spectrum Management Services for 3 or more un-excused absences (9/8, 9/11, 9/15, and 9/18/03).

2        **The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.**

         Mr. Cruz has failed to submit a monthly supervision report for the month(s) of August, September, October and November, 2003.

3        **The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer.**

         Mr. Cruz failed to report to the Probation Office on the following dates for scheduled meetings; 8/1/03, 9/29/03, 10/20/03, and an Administrative Hearing on 10/23/03.

Prob 12C — 2 —                                Petition for Warrant or Summons
                                              for Offender Under Supervision

| | |
|---|---|
| 4 | **The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons.** |

Mr. Cruz has remained unemployed since the commencement of his supervision and has failed to provide employment verification sheets provided by the U.S. Probation Office.

| | |
|---|---|
| 5 | **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** |

On 6/20/03, 7/2/03, and 8/7/03 Mr. Cruz tested positive for the use of marijuana.

| | |
|---|---|
| 6 | **The defendant shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the Probation Officer.** |

Mr. Cruz admitted to associating with an individual who supplied him with marijuana.

| | |
|---|---|
| 7 | **The defendant shall not leave the judicial district with out the permission of the Court or Probation Officer.** |

From 7/31/03 to 8/7/03, Mr. Cruz was in the state of New Hampshire with out the permission of his Probation Officer.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
    [X]    Revoked
    [ ]    Extended for year(s), for a total term of years.

[ ]    The conditions of supervision should be modified as follows:

Reviewed/Approved by:

Alicia Howarth
Supervising U.S. Probation Officer

Respectfully submitted,

By Walter A. Bush Jr.
U.S. Probation Officer
Date November 18, 2003

**THE COURT ORDERS**
[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

11/19/03
Date