AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CHRISTOPHER CRUZ

**WARRANT FOR ARREST**

CASE NUMBER: 03-30045

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CHRISTOPHER CRUZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)
Violation of conditions of Supervision; Failure to participate in substance abuse program; failure to submit monthly supervision reports; failure to follow instructions of probation officer; Failure to provide employment verification sheets; Positive testing for drug use; Association w/person engaged in criminal activity; Leaving the District of Mass w/o permission

In violation of
Title _____ United States Code, Section(s) _____

MICHAEL A. PONSOR
Name of Issuing Officer

*/s/ Michael A. Ponsor*
Signature of Issuing Officer

U.S. DISTRICT JUDGE
Title of Issuing Officer

11-19-3        Springfield, MA
Date and Location

Bail fixed at $ **DETENTION PENDING HEARING**    by *Michael A. Ponsor*
Name of Judicial Officer

**RETURN**

at
27 MOXON St. SPRINGFIELD MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-19-03 | GARY N MATTISON | *Gary N Mattison* |
| DATE OF ARREST 12-19-03 | CI Deputy US MARSHAL | |

This form was electronically produced by Elite Federal Forms, Inc.