AO 245D (Rev. 3/01)  Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CHRISTOPHER CRUZ** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>**Case Number:** 3: 03 CR 30045 - 001 - MAP<br><br>Elaine Pourinski, Esq/<br>Defendant's Attorney |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) __1 - 7__ of the term of supervision.
[x] was found in violation of condition(s) __1 -7__ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT | 09/18/03 |
| 2 | FAILURE SUBMIT MONTHLY REPORTS | 11/30/03 |
| 3 | FAILURE TO FOLLOW INSTRUCTIONS OF PROB. OFFICER | 01/23/03 |
| 4 | FAILURE TO WORK REGULARLY AT LAWFUL OCCUPATION | |
| 5 | TESTED POSITIVE FOR USE OF MARIJUANA | 08/07/03 |
| 6 | ASSOCIATED W/PERSON WHO SUPPLIED HIM WITH MARIJUANA | |

[x] See continuation page

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00/00/1972

Defendant's USM No.: 05074-082

Defendant's Residence Address:
198 WHITE ST.
SPRINGFIELD, MA

Defendant's Mailing Address:
Same as above

12/30/03
Date of Imposition of Judgment

The Honorable Michael A. Ponsor
Signature of Judicial Officer

Judge, U.S. District Court
Name & Title of Judicial Officer

Date

Continuation Page - Nature of Violations

| CASE NUMBER: | 3: 03 CR 30045 - 001 - MAP | Judgment - Page 2 of 3 |
| --- | --- | --- |
| DEFENDANT: | CHRISTOPHER CRUZ | |

| Violation Number | Nature of Violation | Date Violation Concluded |
| --- | --- | --- |
| 7 | LEFT JUDICIAL DISTRICT WITHOUT PERMISSION | 08/07/03 |

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER: 3: 03 CR 30045 - 001 - MAP  
DEFENDANT: CHRISTOPHER CRUZ

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   5 month(s)

[x] The court makes the following recommendations to the Bureau of Prisons:

THAT DEFT. PARTICIPATE IN DRUG TREATMENT PROGRAM AT FACILITY WHERE SENTENCE IS SERVED

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at _____ on _____
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _____ on _____
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy U.S. Marshal